UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2013 OCT 10 PM 2: 37

BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 1:13-cr-136-1 |
| ) | |
| JOSHUA JOSEPH HERRING, ) | |
| Defendant ) | |

### INDICTMENT

The Grand Jury charges that:

    A.    At all times material herein, in the District of Vermont, the defendant, JOSHUA JOSEPH HERRING, was previously convicted of a crime punishable by a term of imprisonment of greater than one year, being:

    1.    Sexual Assault—Victim Under 16 years old, State of Vermont, Washington County District Court, Docket No.: 1604-12-10.

    B.    On or about November 20, 2012, in the District of Vermont, the defendant, JOSHUA JOSEPH HERRING, having been previously convicted of a crime punishable by a term of imprisonment greater than one year, as set forth above, did knowingly possess in or affecting interstate commerce one firearm, namely a .300 Winchester Magnum rifle, model 70, serial number G2294973.

(18 U.S.C. § 922(g)(1))

FORE[REDACTED]

_____ (WLF)
TRISTRAM J. COFFIN
United States Attorney
Burlington, Vermont
October 10, 2013